IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06-CR-00127-RJC-DCK

| | |
|---|---|
| USA, ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| TRAVIS ELLIOT CARTER, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 3), the Indictment, (Doc. No. 1), without prejudice. Since the return of the Indictment in 2006, the defendant has never appeared in court.

**IT IS, THEREFORE, ORDERED** that the Government's motion, (Doc. No. 3), is **GRANTED** and the Indictment, (Doc. No. 1), is **DISMISSED** without prejudice.

Signed: October 23, 2019

Robert J. Conrad, Jr.
United States District Judge